IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| GUIDEONE MUTUAL INSURANCE COMPANY, | § § § § | |
| Plaintiff, Counter-Defendant, | § § | |
| v. | § § | |
| FIRST UNITED METHODIST CHURCH OF HEREFORD, | § § § | 2:18-CV-140-D |
| Defendant, Counter-Plaintiff, and Third-Party Plaintiff, | § § § § | |
| v. | § § | |
| SUNNI DENISE BOENKER, Individually and as d/b/a Boenker & Wheelwright Insurance, | § § § § § | |
| Third-Party Defendant. | § | |

## ORDER

On March 27, 2019 the United States Magistrate Judge entered findings and conclusions on third-party defendant Sunni Denise Boenker's motion to dismiss. Thereafter, plaintiff filed a motion for leave to file first amended complaint, which is still pending. In view of the filing of the motion for leave to amend, the court declines to adopt the findings and conclusions of the United States Magistrate Judge, and it re-refers the motion to dismiss for further consideration.

**SO ORDERED**.

April 29, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE