IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| GUIDEONE MUTUAL INSURANCE COMPANY, | § § § | |
| Plaintiff, Counter-Defendant, | § § § | |
| v. | § § | |
| FIRST UNITED METHODIST CHURCH OF HEREFORD, | § § § | 2:18-CV-140-Z-BR |
| Defendant, Counter-Plaintiff, and Third-Party Plaintiff, | § § § | |
| v. | § § | |
| SUNNI DENISE BOENKER, Individually and as d/b/a Boenker & Wheelwright Insurance, | § § § § | |
| Third-Party Defendant. | § § | |

**JUDGMENT**

On April 1, 2020, the undersigned United States District Judge entered an order DENYING Defendant's motion for summary judgment (ECF No. 49) and GRANTING Plaintiff's motion for summary judgment (ECF No. 54). On April 29, the same undersigned Judge entered an order DENYING Defendant's motion to reconsider the order from April 1.

Judgment is entered accordingly

April 29, 2020.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE