IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| GUIDE ONE MUTUAL INSURANCE COMPANY, <br>     Plaintiff, Counter-Defendant <br><br> v. <br><br> FIRST UNITED METHODIST CHURCH OF HEREFORD, <br>     Defendant, Counter-Plaintiff <br><br> v. <br><br> SUNNI DENISE BOENKER, INDIVIDUALLY, AND AS D/B/A BOENKER & WHEELWRIGHT INSURANCE; and GUIDE ONE MUTUAL INSURANCE COMPANY, <br>     Defendants. | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:18-cv-00140-D-BR |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant, Counter-Plaintiff First United Methodist Church of Hereford, through the undersigned counsel, appeals to the United States Court of Appeals for the Fifth Circuit from:

1. Order on Ruling of Parties Motions for Summary Judgment (Doc.70);

2. Order Denying Motion to Reconsider Ruling on Guide One Mutual Insurance Company's Motion for Summary Judgment (Doc. 72); and

3. Final Judgment (Doc. 73), entered on April 29, 2020.

                                                                Respectfully submitted,

                                                                */s/ Christopher G. Lyster*
                                                                Christopher G. Lyster
                                                               State Bar No. 12746250
                                                                Email: chris@pulshaney.com
                                                                **PULS HANEY LYSTER, PLLC**
                                                                301 Commerce St., Suite 2900

        Fort Worth, Texas 76102
        Telephone: 817.338.1717
        Facsimile:  817.332.1333

        AND

        Todd M. Hurd
        State Bar No. 24025443
        Email: t.hurd@texasattorneylaw.com
        **TODD HURD & ASSOCIATES**
        P O Box 1741
        Burleson, Texas 76097
        Telephone: 817.426.4529
        Facsimile: 817.426.8159

        **ATTORNEYS FOR FIRST UNITED**
        **METHODIST CHURCH OF HEREFORD**

## CERTIFICATE OF SERVICE

      Pursuant to Federal Rules of Civil Procedure 5(b)(3), I hereby certify a true and correct copy of the foregoing document was electronically filed and e-served on this 27th day of May, 2020.  Parties may access this filing through the Court's system.

Elizabeth R. Flora
Texas State Bar No. 24036572
eflora@GuideOne.law
GuideOne Insurance Company - Litigation Department
PO Box 14503
Des Moines, IA 50306
Phone: 972-851-1031
Fax: 515-267-5431

R. Chad Geisler
Texas State Bar No. 00793793
cgeisler@germer-austin.com
W. Paul Miller
Texas State Bar No. 24068130
pmiller@germer-austin.com
GERMER BEAMAN & BROWN PLLC
301 Congress Avenue, Suite 1700
Austin, Texas 78701

        */s/ Christopher G. Lyster*
        Christopher G Lyster